Jules Francois Parisien, M.D., as Assignee of Harold, Kennedy, Appellant,
against
Citiwide Auto Leasing, Respondent.




The Rybak Firm, PLLC (Dmain J. Toell of counsel), for appellant.
Miller, Leiby & Associates, P.C. (Eve Pachter of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Steven Z. Mostofsky, J.), entered May 3, 2016. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the first and second causes of action as premature on the ground that plaintiff had failed to provide requested verification as to those claims, and dismissing the remaining causes of action on the ground that plaintiff's assignor had failed to appear for duly scheduled examinations under oath (EUOs). The Civil Court granted defendant's motion.
Contrary to plaintiff's arguments, defendant's proof was sufficient to establish that it had not received the verification that it had requested as to the first and second causes of action, and to establish that plaintiff's assignor had failed to appear for the scheduled EUOs (see Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]; Active Chiropractic, P.C. v Praetorian Ins. Co., 43 Misc 3d 134[A], 2014 NY Slip Op 50634[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2014]).
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 30, 2018